**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| LACINA D. MALONE, | ) CASE NO.: |
| | ) |
| *Plaintiff,* | ) JUDGE |
| | ) |
| vs. | ) |
| | ) |
| | ) **NOTICE OF REMOVAL** |
| PROGRESSIVE CASUALTY INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| *Defendant.* | ) |

Defendant Progressive Casualty Insurance Company ("Defendant"), through counsel, for its Notice of Removal of this case from the Court of Common Pleas for Cuyahoga County, Ohio to the United States District Court for the Northern District of Ohio, Eastern Division, states as follows:

1. On December 30, 2024, Plaintiff Lacina D. Malone ("Plaintiff") commenced a civil action against Defendant captioned *Lacina D. Malone v. Progressive Casualty Insurance Company*, in the Court of Common Pleas for Cuyahoga County, Ohio, Case Number CV 24 109467 (the "State Court Lawsuit"). A copy of the Complaint filed in the State Court Lawsuit is attached hereto as **Exhibit 1**.

2. On January 3, 2025, Defendant received service of the Summons and Complaint in the State Court Lawsuit. Copies of the summons served on Defendant are attached hereto as **Exhibit 2**.

3. No further pleadings have been filed and no substantive proceedings have taken place in this action since the filing of the Complaint.

I.    **ORIGINAL JURISDICTION**

4. Plaintiff is a former employee of Defendant. (Ex. 1, Complaint at ¶ 1).

5. Plaintiff alleges that Defendant terminated her employment in retaliation for exercising her rights under the Family Medical Leave Act (FMLA), 29 U.S.C. § 2615(a)(2) (Ex. 1, Complaint at ¶ 23).

6. Plaintiff further alleges that Defendant discriminated against her by terminating her employment based on her alleged disability in violation of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12112(a). (Ex. 1, Complaint ¶ 29).

7. Plaintiff further alleges that Defendant discriminated against her by terminating her employment based on her age in violation of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633(a). (Ex. 1, Complaint at ¶ 45).

8. This Court has original jurisdiction over this action under 28 U.S.C. § 1331 because Plaintiff asserts violations of federal law, specifically 29 U.S.C. § 2615(a)(2), 42 U.S.C. § 12112(a), and 29 U.S.C. § 633(a).

9. Accordingly, this action is within the original federal question jurisdiction of this Court, pursuant to 28 U.S.C. § 1331.

10. Pursuant to 28 U.S.C. § 1367(a), "[i]n any civil action in which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all claims that are so related to claims in the action within such original jurisdiction that they form party of the same case or controversy.

11. Supplemental jurisdiction over Plaintiff's state law claims of race, disability, and age discrimination under O.R.C. § 4112.02 is proper, as those claims form part of the same case or controversy and are based on a common nucleus of operative facts (Plaintiff's termination of employment and the circumstances surrounding the same). (Ex. 1, Complaint at ¶¶ 33-40; 47-57).

## II.   COMPLIANCE WITH REMOVAL PROCEDURES

12.   Defendant files this Notice of Removal within thirty (30) days after it was served with the Summons and Complaint. Accordingly, this Notice is timely filed in compliance with 28 U.S.C. §1446(b).

13.   On the same date as the filing of this Notice of Removal, Defendant is serving by electronic mail, a copy of this Notice of Removal upon Plaintiff's counsel of record.

14.   On the same date as the filing of this Notice of Removal, pursuant to 28 U.S.C. § 1446(d), Defendant has filed a true and correct copy of this Notice of Removal with the Clerk of the Court of Common Pleas in Cuyahoga County, Ohio, the court in which the State Court Lawsuit was commenced and is pending at the time of the filing of this Notice of Removal with this Court.

15.   Accordingly, Defendant has satisfied all the removal prerequisites of 28 U.S.C. § 1446.

## III.   PRESERVATION OF DEFENSES

16.   By filing this Notice of Removal, Defendant does not waive any procedural or substantive defense that may be available to Defendant.

**WHEREFORE**, pursuant to 28 U.S.C. § 1331, Defendant Progressive Casualty Insurance Company respectfully requests that the above-entitled action now pending against them in the Court of Common Pleas for Cuyahoga County, Ohio be removed to this Court.

Respectfully submitted,

**JACKSON LEWIS P.C.**

*s/ Patrick O. Peters*
Patrick O. Peters (0079539)
Julia L. Denmeade (0101159)
Park Center Plaza I, Suite 400
6100 Oak Tree Boulevard
Cleveland, OH  44131
Phone: (216) 750-0404
Fax: (216) 750-0826
Email: Patrick.Peters@jacksonlewis.com
Julia.Denmeade@jacksonlewis.com

*Counsel for Defendant,*
*Progressive Casualty Insurance Company*

4936-7484-3412, v. 1

4